1  E. JOHN DAMASCO, Esq., Bar #185661
   6136 Mission Gorge Rd, #202
2  San Diego CA 92120
   (619)640-1444 Telephone
3  (619)640-1244 Facsimile

4  Attorneys for Plaintiffs ELLEN K. DUTY and WILLIAM DUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN K. DUTY, an individual and WILLIAM DUTY, an individual,<br><br>  Plaintiffs,<br>  vs.<br><br>UNITED STATES NAVAL MEDICAL CENTER, UNITED STATES OF AMERICA, and DOES 1 through 100,<br>  Defendants | Case No.: No. 07CV2349LABWMC<br><br>REQUEST BY PLAINTIFFS FOR NON-PREJUDICIAL DISMISSAL OF COMPLAINT; ORDER TO DISMISS WITHOUT PREJUDICE |

Now comes the above-captioned Plaintiff, through their attorney to REQUEST FOR NON PREJUDICIAL DISMISSAL OF COMPLAINT.

The Plaintiffs filed in December 17, 2007 the Complaint.

WHEREFORE, the debtor respectfully requests that after such notice and hearing as this Court deems appropriate, the Court dismiss the above entitled case so that pre-filing remedies may be satisfied.

Dated: June 11, 2008

_____
E. John Damasco
Attorney for Plaintiffs