1   The Court Orders that the above entitled case is dismissed
    without prejudice.

2

3   Dated:                          _____

4                                          Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28