# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN K. DUTY, an individual and WILLIAM DUTY, an individual,<br><br>                              Plaintiffs,<br>   vs.<br><br>UNITED STATES NAVAL MEDICAL CENTER, UNITED STATES OF AMERICA, and DOES 1 through 100,<br><br>                              Defendants. | CASE NO. 07cv2349-LAB (WMc)<br><br>**ORDER OF DISMISSAL** |

On June 11, 2008, Plaintiffs filed a motion to voluntarily dismiss the complaint. Defendants have not answered or otherwise appeared. As provided in Fed. R. Civ. P. 41(a)(1), this action is therefore **DISMISSED WITHOUT PREJUDICE**.

   **IT IS SO ORDERED**.

DATED: June 12, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge